JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RIGGS, | Case No. SACV12-761 JVS (MLGx) |
| Plaintiff, | The Hon. James V. Selna |
| v. | |
| LEHMAN BROTHERS BANK, FSB; LEHMAN BROTHERS HOLDINGS, INC.; STRUCTURED ASSET SECURITIES CORPORATION; STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2006-10; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); AURORA LOAN SERVICES, LLC; US BANK, N.A.; AND ALL PERSONS CLAIMING BY, THROUGH, OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1 to 20, inclusive, | **JUDGMENT OF DISMISSAL** |
| Defendants. | |

1 On January 29, 2013, the Court granted the motion to dismiss the first amended complaint of plaintiff Patricia Riggs (**plaintiff**) filed by defendants Aurora Loan Services, LLC; Aurora Bank FSB (formerly known as "Lehman Brothers Bank, FSB"); U.S. Bank, N.A., as Trustee for the Structured Adjustable Rate Mortgage Loan Trust, Series 2006-10 (erroneously sued as "U.S. Bank, N.A."); and Mortgage Electronic Registration Systems, Inc. (collectively, **defendants**). [*See* ECF Docket No. 37, January 29, 2013 Order]. Therefore, for good cause appearing,

It is ORDERED, ADJUDGED and DECREED that JUDGMENT is hereby entered in favor of defendants and against plaintiff, dismissing plaintiff's first amended complaint and this action with prejudice.

Dated: February 12, 2013

*/s/ James V. Selna*

The Honorable James V. Selna
United States District Judge